Case 6:25-cv-01530-ECC-CBF      Document 29-1      Filed 07/16/26      Page 1 of 16

# COMPLAINT

| COMPLAINT NUMBER | | |
|---|---|---|
| 0434 | 2026 | 000238 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

**THE STATE OF NEW JERSEY**
*VS.*
**SERGEY  STANILOVSKIY**

ADDRESS ███████████

2400 VOORHEES TOWN C
VOORHEES          NJ  08043-0000
856-429-0770   COUNTY OF:  CAMDEN

██████████          NY  ████████

| # of CHARGES 10 | CO-DEFTS | POLICE CASE #: |
|---|---|---|

COMPLAINANT DET.    J MINNITI
NAME:    200 FEDERAL STREET
                    NJ  08103

DEFENDANT INFORMATION
SEX:        EYE COLOR:          DOB: ████████
DRIVER'S LIC. #:                          DL STATE:
SOCIAL SECURITY #:              SBI #:
TELEPHONE #:
LIVESCAN PCN #:                  (

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about **02/18/2018** in   **VOORHEES TWP**                , **County, NJ** did:
WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019 IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION BY PERFORMING CUNNILINGUS UPON THE VICTIM (D.S. DOB: ███████, DURING THE COMMISSION OF A KIDNAPPING; SPECIFICALLY, WHILE UNLAWFULLY CONFINING THE VICTIM TO HER BEDROOM OR BASEMENT FOR A SUBSTANTIAL PERIOD OF TIME.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019 IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION BY DIGITALLY PENETRATING THE VICTIM'S VAGINA (D.S. DOB: ██████ WITH HIS HANDS/FINGERS, DURING THE COMMISSION OF A KIDNAPPING; SPECIFICALLY, WHILE UNLAWFULLY CONFINING THE VICTIM TO HER BEDROOM OR BASEMENT FOR A SUBSTANTIAL PERIOD OF TIME.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019

**in violation of:**

| | 1) 2C:14-2A(3) | 2) 2C:14-2A(3) | 3) |
|---|---|---|---|
| Original Charge | | | |
| Amended Charge | | | |

**CERTIFICATION:** I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: _____ **DET. J MINNITI** _____      Date: 06/05/2026

You will be notified of your                    date to be held at the            in the county of **CAMDEN**
at the following address:
                    **4TH FLOOR COURT ROOM**                          08002-0000
Date of Arrest:          Appearance Date:            Time:            Phone: 856-379-2203

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause **IS NOT** found for the issuance of this complaint.

_____   _____        _____   _____
Signature of Court Administrator or Deputy Court Administrator    Date        Signature of Judge        Date

☐ Probable cause **IS** found for the issuance of this complaint. _____  ____
                    Signature and Title of Judicial Officer Issuing Warrant      Date
**TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.**

**Bail Amount Set:** _____  **by:** _____
                    (if different from judicial officer that issued warrant)

| ☐ **Domestic Violence – Confidential** | ☐ **Related Traffic Tickets or Other Complaints** | ☐ **Serious Personal Injury/ Death Involved** |
|---|---|---|

**Special conditions of release:**
☐ **No phone, mail or other personal contact w/victim**
☐ **No possession firearms/weapons**
☐ **Other** (specify):

**ORIGINAL**

**Page 1  of 16**                    NJ/CDR2 1/1/2017

# COMPLAINT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| **0434** | | **2026** | **000238** | **SERGEY STANILOVSKIY** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION BY DIRECTING THE VICTIM (D.S. DOB: ███████ TO INSERT OBJECTS INTO THE DEFENDANT'S ANUS, DURING THE COMMISSION OF A KIDNAPPING; SPECIFICALLY, WHILE UNLAWFULLY CONFINING THE VICTIM TO HER BEDROOM OR BASEMENT FOR A SUBSTANTIAL PERIOD OF TIME.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019 IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION UPON THE VICTIM (D.S. DOB: ███████), SPECIFICALLY, BY PERFORMING CUNNILINGUS UPON THE VICTIM, WHILE USING COERCION OR WITHOUT THE VICTIM'S AFFIRMATIVE AND FREELY-GIVEN PERMISSION.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019 IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION UPON THE VICTIM (D.S. DOB: ███████), SPECIFICALLY, BY DIGITALLY PENETRATING THE VICTIM'S VAGINA WITH HIS HANDS/FINGERS, WHILE USING COERCION OR WITHOUT THE VICTIM'S AFFIRMATIVE AND FREELY-GIVEN PERMISSION.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019 IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION UPON THE VICTIM (D.S. DOB: ███████), SPECIFICALLY, BY DIRECTING THE VICTIM TO INSERT OBJECTS INTO THE DEFENDANT'S ANUS, WHILE USING COERCION OR WITHOUT THE VICTIM'S AFFIRMATIVE AND FREELY-GIVEN PERMISSION.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019 IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION UPON THE VICTIM, SPECIFICALLY, BY PERFORMING CUNNILINGUS UPON THE VICTIM (D.S. DOB: ███████), WHILE THE VICTIM WAS 17 YEARS OF AGE AND THE DEFENDANT WAS A RESOURCE PARENT, GUARDIAN, OR STOOD IN LOCO PARENTIS WITHIN THE HOUSEHOLD.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019 IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION UPON THE VICTIM (D.S. DOB: ███████), SPECIFICALLY, BY DIGITALLY PENETRATING THE VICTIM'S VAGINA WITH HIS HANDS/FINGERS, WHILE THE VICTIM WAS 17 YEARS OF AGE AND THE DEFENDANT WAS A RESOURCE PARENT, GUARDIAN, OR STOOD IN LOCO PARENTIS WITHIN THE HOUSEHOLD.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019 IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION UPON THE VICTIM (D.S. DOB: ███████, SPECIFICALLY, BY DIRECTING THE VICTIM TO INSERT OBJECTS INTO THE DEFENDANT'S ANUS, WHILE THE VICTIM WAS 17 YEARS OF AGE AND THE DEFENDANT WAS A RESOURCE PARENT, GUARDIAN, OR STOOD IN LOCO PARENTIS WITHIN THE HOUSEHOLD.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 THROUGH JANUARY 2023, DEFENDANT PURPOSELY OR KNOWINGLY ENGAGED IN A COURSE OF CONDUCT DIRECTED

| Original Charge | 4) 2C:14-2C(1) | 5) 2C:14-2C(1) | 6) 2C:14-2C(1) |
|---|---|---|---|
| Amended Charge | | | |

|  | **COMPLAINT** |
|---|---|
|  | **Page 2 of 16** |
|  | NJ/CDR2 1/1/2017 |

## COMPLAINT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| **0434** | | **2026** | **000238** | **SERGEY  STANILOVSKIY** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

AT THE VICTIM (D.S. DOB: ████████) THAT WOULD CAUSE A REASONABLE PERSON TO FEAR FOR THEIR SAFETY OR SUFFER OTHER EMOTIONAL DISTRESS; SPECIFICALLY, BY MONITORING THE VICTIM'S GPS COORDINATES AND PERSONAL SOCIAL MEDIA ACCOUNTS, MAKING HARASSING AND ALARMING COMMUNICATIONS TO THE VICTIM, CALLING CAMPUS SECURITY TO FALSELY REPORT MISSING PERSONS COMPLAINTS IN AN ATTEMPT TO LOCATE THE VICTIM ON MULTIPLE OCCASIONS, AND ATTEMPTING TO COERCE THE VICTIM INTO SIGNING A NON-DISCLOSURE AGREEMENT.

| Original Charge | 7) 2C:14-2C(3)(C) | 8) 2C:14-2C(3)(C) | 9) 2C:14-2C(3)(C) |
|---|---|---|---|
| Amended Charge | | | |

| | COMPLAINT |
|---|---|
| | **Page 3 of 16**          NJ/CDR2 1/1/2017 |

# COMPLAINT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| **0434** | | **2026** | **000238** | SERGEY  STANILOVSKIY |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

| | | | |
|---|---|---|---|
| Original Charge | 10) **2C:12-10B** | | |
| Amended Charge | | | |

| | **COMPLAINT** |
|---|---|
| | **Page 4 of 16**          NJ/CDR2 1/1/2017 |

# COMPLAINT – (Court Action)

| COMPLAINT NUMBER | | | | STATE V. | |
|---|---|---|---|---|---|
| **0434** | | **2026** | **000238** | | **SERGEY  STANILOVSKIY** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | | |

**FTA Bail Information** | Date Bail Set: | Amount Bail Set: $_____ | by:_____ | ☐ Bail Recog. Attached

| Released on Bail (√) | R.O.R. | Committed Default | Committed w/o Bail | Place Committed: | Date Referred to County Prosecutor: _____ |
|---|---|---|---|---|---|

Date of First Appearance: | ☐ Advised of Rights by_____ . | Defendant Desires Counsel: ☐ Yes  ☐ No

| **Prosecuting Attorney Information** | | | | **Defense Counsel Information** | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name: | | | | Name: | | | | | |
| State | County | Municipal | Other | None | Retained | Public Def | Assigned | Waived | Other |

| | 1) 2C:14-2A(3) | 2) 2C:14-2A(3) | 3) 2C:14-2A(3) |
|---|---|---|---|
| **Original Charge** | | | |
| **Amended Charge** | | | |
| **Waiver Indt/Jury** | | | |
| **Plea/Date of Plea** | Plea:  Date: | Plea:  Date: | Plea:  Date: |
| **Adjudication** (* see code) | Finding Code:  Date: | Finding Code:  Date: | Finding Code:  Date: |
| **Jail Term** | Jail time credit | Susp. Imp | Jail time credit | Susp. Imp | Jail time credit | Susp. Imp |
| **Probation Term** | Susp. Imp | Susp. Imp | Susp. Imp |
| **Cond. Discharge Term** | | | |
| **Community Service** | | | |
| **D/L Suspension Term** | | | |
| **Fines/Costs** | Fines:  Costs: | Fines:  Costs: | Fines:  Costs: |
| **VCCB/SNSF** | VCCB:  SNSF: | VCCB:  SNSF: | VCCB:  SNSF: |
| **DEDR/Lab Fee** | DEDR:  LAB: | DEDR:  LAB: | DEDR:  LAB: |
| **CD Fee/Drug Ed Fnd** | CD:  DAEF: | CD:  DAEF: | CD:  DAEF: |
| **DV Surch/Other Fees** | DV:  Other: | DV:  Other: | DV:  Other: |
| **Restitution** Beneficiary:_____ | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

**Related Traffic Tickets and Complaints:**

**\* Finding Codes**

1 - Guilty
2 - Not Guilty
3 - Dismissed - Other
4 - Guilty But Merged
5 - Dismissed - Rule
6 - Dismissed - Lack of Prosecution
7 - Dismissed - Pros Motion/Vic Req
8 - Conditional Discharge
9 - No Bill
C - Conditional Dismissal
D - Dismissed - Prosecutor Discretion
F - Disposed At Family Court
M - Dismissed - Mediation
P - Dismissed - Plea Agreement
R - Disposed in Remand Court
S - Disposed at Superior
V - Veteran Diversionary Program
W - Dismissed - False ID

**ORIGINAL – Court Action**

| JUDGE'S SIGNATURE | DATE | **Page 5 of 16** | NJ/CDR2 1/1/2017 |
|---|---|---|---|

# COMPLAINT – (Court Action)

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| **0434** | | **2026** | **000238** | **SERGEY STANILOVSKIY** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

**FTA Bail Information** Date Bail Set: ____ Amount Bail Set: $_____ by:_____ ☐ Bail Recog. Attached

| Released on Bail (√) | R.O.R. | Committed Default | Committed w/o Bail | Place Committed: | Date Referred to County Prosecutor: _____ |
|---|---|---|---|---|---|

Date of First Appearance: _____ ☐ Advised of Rights by_____ .  Defendant Desires Counsel: ☐ Yes ☐ No

| Prosecuting Attorney Information | | | | Defense Counsel Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name:** | | | | **Name:** | | | | | |
| State | County | Municipal | Other | None | Retained | Public Def | Assigned | Waived | Other |

| | | | |
|---|---|---|---|
| Original Charge | 4) 2C:14-2C(1) | 5) 2C:14-2C(1) | 6) 2C:14-2C(1) |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea:     Date: | Plea:     Date: | Plea:     Date: |
| Adjudication (* see code) | Finding Code:     Date: | Finding Code:     Date: | Finding Code:     Date: |
| Jail Term | | Jail time credit / Susp. Imp | | Jail time credit / Susp. Imp | | Jail time credit / Susp. Imp |
| Probation Term | | Susp. Imp | | Susp. Imp | | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines:     Costs: | Fines:     Costs: | Fines:     Costs: |
| VCCB/SNSF | VCCB:     SNSF: | VCCB:     SNSF: | VCCB:     SNSF: |
| DEDR/Lab Fee | DEDR:     LAB: | DEDR:     LAB: | DEDR:     LAB: |
| CD Fee/Drug Ed Fnd | CD:     DAEF: | CD:     DAEF: | CD:     DAEF: |
| DV Surch/Other Fees | DV:     Other: | DV:     Other: | DV:     Other: |
| Restitution Beneficiary:_____ | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

**Related Traffic Tickets and Complaints:**

**\* Finding Codes**
1 - Guilty
2 - Not Guilty
3 - Dismissed - Other
4 - Guilty But Merged
5 - Dismissed - Rule
6 - Dismissed - Lack of Prosecution
7 - Dismissed - Pros Motion/Vic Req
8 - Conditional Discharge
9 - No Bill
C - Conditional Dismissal
D - Dismissed - Prosecutor Discretion
F - Disposed At Family Court
M - Dismissed - Mediation
P - Dismissed - Plea Agreement
R - Disposed in Remand Court
S - Disposed at Superior
V - Veteran Diversionary Program
W - Dismissed - False ID

| JUDGE'S SIGNATURE | DATE | **COMPLAINT – (Court Action)** |
|---|---|---|
| | | **Page 6 of 16**     NJ/CDR2 1/1/2017 |

# COMPLAINT – (Court Action)

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| **0434** | | **2026** | **000238** | **SERGEY  STANILOVSKIY** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

**FTA Bail Information** Date Bail Set: _____ Amount Bail Set: $_____ by:_____ ☐ Bail Recog. Attached

| Released on Bail (√) | R.O.R. | Committed Default | Committed w/o Bail | Place Committed: | Date Referred to County Prosecutor: _____ |
|---|---|---|---|---|---|

Date of First Appearance: _____   ☐ Advised of Rights by_____ .   Defendant Desires Counsel: ☐ Yes  ☐ No

| Prosecuting Attorney Information | | | | Defense Counsel Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name:** | | | | **Name:** | | | | | |
| State | County | Municipal | Other | None | Retained | Public Def | Assigned | Waived | Other |

| | | | |
|---|---|---|---|
| Original Charge | 7) 2C:14-2C(3)(C) | 8) 2C:14-2C(3)(C) | 9) 2C:14-2C(3)(C) |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea:        Date: | Plea:        Date: | Plea:        Date: |
| Adjudication (* see code) | Finding Code:        Date: | Finding Code:        Date: | Finding Code:        Date: |
| Jail Term | | Jail time credit | Susp. Imp | | Jail time credit | Susp. Imp | | Jail time credit | Susp. Imp |
| Probation Term | | | Susp. Imp | | | Susp. Imp | | | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines:        Costs: | Fines:        Costs: | Fines:        Costs: |
| VCCB/SNSF | VCCB:        SNSF: | VCCB:        SNSF: | VCCB:        SNSF: |
| DEDR/Lab Fee | DEDR:        LAB: | DEDR:        LAB: | DEDR:        LAB: |
| CD Fee/Drug Ed Fnd | CD:        DAEF: | CD:        DAEF: | CD:        DAEF: |
| DV Surch/Other Fees | DV:        Other: | DV:        Other: | DV:        Other: |
| Restitution Beneficiary:_____ | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

**Related Traffic Tickets and Complaints:**

**\* Finding Codes**
1 - Guilty
2 - Not Guilty
3 - Dismissed - Other
4 - Guilty But Merged
5 - Dismissed - Rule
6 - Dismissed - Lack of Prosecution
7 - Dismissed - Pros Motion/Vic Req
8 - Conditional Discharge
9 - No Bill
C - Conditional Dismissal
D - Dismissed - Prosecutor Discretion
F - Disposed At Family Court
M - Dismissed - Mediation
P - Dismissed - Plea Agreement
R - Disposed in Remand Court
S - Disposed at Superior
V - Veteran Diversionary Program
W - Dismissed - False ID

| | | |
|---|---|---|
| JUDGE'S SIGNATURE | DATE | **COMPLAINT – (Court Action)** **Page 7 of 16**  NJ/CDR2 1/1/2017 |

# COMPLAINT – (Court Action)

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| **0434** | | **2026** | **000238** | **SERGEY STANILOVSKIY** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

**FTA Bail Information** Date Bail Set: ___ Amount Bail Set: $_____ by:_____ ☐ Bail Recog. Attached

| Released on Bail (√) | R.O.R. | Committed Default | Committed w/o Bail | Place Committed: | Date Referred to County Prosecutor: _____ |
|---|---|---|---|---|---|

Date of First Appearance: _____  ☐ Advised of Rights by_____ .  Defendant Desires Counsel: ☐ Yes ☐ No

| Prosecuting Attorney Information | | | | Defense Counsel Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Name:** | | | | **Name:** | | | | | |
| State | County | Municipal | Other | None | Retained | Public Def | Assigned | Waived | Other |

| | Prosecuting Attorney | Defense 1 | Defense 2 |
|---|---|---|---|
| Original Charge | 10) 2C:12-10B | | |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea: Date: | Plea: Date: | Plea: Date: |
| Adjudication (* see code) | Finding Code: Date: | Finding Code: Date: | Finding Code: Date: |
| Jail Term | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines: Costs: | Fines: Costs: | Fines: Costs: |
| VCCB/SNSF | VCCB: SNSF: | VCCB: SNSF: | VCCB: SNSF: |
| DEDR/Lab Fee | DEDR: LAB: | DEDR: LAB: | DEDR: LAB: |
| CD Fee/Drug Ed Fnd | CD: DAEF: | CD: DAEF: | CD: DAEF: |
| DV Surch/Other Fees | DV: Other: | DV: Other: | DV: Other: |
| Restitution Beneficiary:_____ | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

**Related Traffic Tickets and Complaints:**

**\* Finding Codes**
1 - Guilty
2 - Not Guilty
3 - Dismissed - Other
4 - Guilty But Merged
5 - Dismissed - Rule
6 - Dismissed - Lack of Prosecution
7 - Dismissed - Pros Motion/Vic Req
8 - Conditional Discharge
9 - No Bill
C - Conditional Dismissal
D - Dismissed - Prosecutor Discretion
F - Disposed At Family Court
M - Dismissed - Mediation
P - Dismissed - Plea Agreement
R - Disposed in Remand Court
S - Disposed at Superior
V - Veteran Diversionary Program
W - Dismissed - False ID

| JUDGE'S SIGNATURE | DATE | **COMPLAINT – (Court Action)** |
|---|---|---|
| | | Page **8** of **16**  NJ/CDR2 1/1/2017 |

# COMPLAINT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| **0434** | **2026** | **000238** | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

*THE STATE OF NEW JERSEY*
*VS.*
**SERGEY   STANILOVSKIY**

2400 VOORHEES TOWN C
VOORHEES          NJ  08043-0000
856-429-0770      COUNTY OF: **CAMDEN**

ADDRESS ▮▮▮▮▮

▮▮▮▮▮          **NY** ▮▮▮▮▮

| # of CHARGES **10** | CO-DEFTS | POLICE CASE #: |
|---|---|---|

DEFENDANT INFORMATION
SEX:      EYE COLOR:                    DOB: ▮▮▮▮▮
DRIVER'S LIC. #:                        DL STATE:
SOCIAL SECURITY #:          SBI #:
TELEPHONE #:                  (
LIVESCAN PCN #:

COMPLAINANT
NAME:   **DET.      J MINNITI**

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about **02/18/2018** in       **VOORHEES TWP**            , **County, NJ** did:
WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019 IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION BY PERFORMING CUNNILINGUS UPON THE VICTIM (D.S. DOB: ▮▮▮▮▮), DURING THE COMMISSION OF A KIDNAPPING; SPECIFICALLY, WHILE UNLAWFULLY CONFINING THE VICTIM TO HER BEDROOM OR BASEMENT FOR A SUBSTANTIAL PERIOD OF TIME.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019 IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION BY DIGITALLY PENETRATING THE VICTIM'S VAGINA (D.S. DOB: ▮▮▮▮▮) WITH HIS HANDS/FINGERS, DURING THE COMMISSION OF A KIDNAPPING; SPECIFICALLY, WHILE UNLAWFULLY CONFINING THE VICTIM TO HER BEDROOM OR BASEMENT FOR A SUBSTANTIAL PERIOD OF TIME.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019

in violation of:

| | 1) **2C:14-2A(3)** | 2) **2C:14-2A(3)** | 3) |
|---|---|---|---|
| Original Charge | | | |
| Amended Charge | | | |

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.
Signed: _____  **DET. J MINNITI** _____   Date: **06/05/2026**

You will be notified of your          date to be held at the          in the county of **CAMDEN**
at the following address:
                    **4TH FLOOR COURT ROOM**                    08002-0000
Date of Arrest:          Appearance Date:          Time:          Phone: **856-379-2203**

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause **IS NOT** found for the issuance of this complaint.

_____    _____    _____    _____
Signature of Court Administrator or Deputy Court Administrator   Date   Signature of Judge   Date

☐ Probable cause **IS** found for the issuance of this complaint. _____  _____
                    Signature and Title of Judicial Officer Issuing Warrant   Date
**TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.**

**Bail Amount Set:** _____  by: _____
                    (if different from judicial officer that issued warrant)

| ☐ **Domestic Violence – Confidential** | ☐ **Related Traffic Tickets or Other Complaints** | ☐ **Serious Personal Injury/ Death Involved** |
|---|---|---|

**Special conditions of release:**
☐ **No phone, mail or other personal contact w/victim**
☐ **No possession firearms/weapons**
☐ **Other** (specify):

# DEFENDANT'S COPY

**Page 9  of  16**          NJ/CDR2 8/1/2005

# COMPLAINT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| **0434** | | **2026** | **000238** | **SERGEY   STANILOVSKIY** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION BY DIRECTING THE VICTIM (D.S. DOB: ▮▮▮▮▮▮ TO INSERT OBJECTS INTO THE DEFENDANT'S ANUS, DURING THE COMMISSION OF A KIDNAPPING; SPECIFICALLY, WHILE UNLAWFULLY CONFINING THE VICTIM TO HER BEDROOM OR BASEMENT FOR A SUBSTANTIAL PERIOD OF TIME.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019 IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION UPON THE VICTIM (D.S. DOB: ▮▮▮▮▮▮, SPECIFICALLY, BY PERFORMING CUNNILINGUS UPON THE VICTIM, WHILE USING COERCION OR WITHOUT THE VICTIM'S AFFIRMATIVE AND FREELY-GIVEN PERMISSION.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019 IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION UPON THE VICTIM (D.S. DOB: ▮▮▮▮▮▮, SPECIFICALLY, BY DIGITALLY PENETRATING THE VICTIM'S VAGINA WITH HIS HANDS/FINGERS, WHILE USING COERCION OR WITHOUT THE VICTIM'S AFFIRMATIVE AND FREELY-GIVEN PERMISSION.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019 IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION UPON THE VICTIM (D.S. DOB: ▮▮▮▮▮▮, SPECIFICALLY, BY DIRECTING THE VICTIM TO INSERT OBJECTS INTO THE DEFENDANT'S ANUS, WHILE USING COERCION OR WITHOUT THE VICTIM'S AFFIRMATIVE AND FREELY-GIVEN PERMISSION.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019 IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION UPON THE VICTIM, SPECIFICALLY, BY PERFORMING CUNNILINGUS UPON THE VICTIM (D.S. DOB: ▮▮▮▮▮▮, WHILE THE VICTIM WAS 17 YEARS OF AGE AND THE DEFENDANT WAS A RESOURCE PARENT, GUARDIAN, OR STOOD IN LOCO PARENTIS WITHIN THE HOUSEHOLD.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019 IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION UPON THE VICTIM (D.S. DOB: ▮▮▮▮▮▮), SPECIFICALLY, BY DIGITALLY PENETRATING THE VICTIM'S VAGINA WITH HIS HANDS/FINGERS, WHILE THE VICTIM WAS 17 YEARS OF AGE AND THE DEFENDANT WAS A RESOURCE PARENT, GUARDIAN, OR STOOD IN LOCO PARENTIS WITHIN THE HOUSEHOLD.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 AND FEBRUARY 2019 IN THE TOWNSHIP OF VOORHEES, NJ, DEFENDANT DID COMMIT AN ACT OF SEXUAL PENETRATION UPON THE VICTIM (D.S. DOB: ▮▮▮▮▮▮), SPECIFICALLY, BY DIRECTING THE VICTIM TO INSERT OBJECTS INTO THE DEFENDANT'S ANUS, WHILE THE VICTIM WAS 17 YEARS OF AGE AND THE DEFENDANT WAS A RESOURCE PARENT, GUARDIAN, OR STOOD IN LOCO PARENTIS WITHIN THE HOUSEHOLD.

WITHIN THE JURISDICTION OF THIS COURT, BETWEEN FEBRUARY 2018 THROUGH JANUARY 2023, DEFENDANT PURPOSELY OR KNOWINGLY ENGAGED IN A COURSE OF CONDUCT DIRECTED

| Original Charge | 4) **2C:14-2C(1)** | 5) **2C:14-2C(1)** | 6) **2C:14-2C(1)** |
|---|---|---|---|
| Amended Charge | | | |

## DEFENDANT'S COPY

Page 10 of 16                                    NJ/CDR2 1/1/2017

# COMPLAINT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| **0434** | | **2026** | **000238** | **SERGEY  STANILOVSKIY** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

AT THE VICTIM (D.S. DOB: ███████) THAT WOULD CAUSE A REASONABLE PERSON TO FEAR FOR THEIR SAFETY OR SUFFER OTHER EMOTIONAL DISTRESS; SPECIFICALLY, BY MONITORING THE VICTIM'S GPS COORDINATES AND PERSONAL SOCIAL MEDIA ACCOUNTS, MAKING HARASSING AND ALARMING COMMUNICATIONS TO THE VICTIM, CALLING CAMPUS SECURITY TO FALSELY REPORT MISSING PERSONS COMPLAINTS IN AN ATTEMPT TO LOCATE THE VICTIM ON MULTIPLE OCCASIONS, AND ATTEMPTING TO COERCE THE VICTIM INTO SIGNING A NON-DISCLOSURE AGREEMENT.

| Original Charge | 7) 2C:14-2C(3)(C) | 8) 2C:14-2C(3)(C) | 9) 2C:14-2C(3)(C) |
|---|---|---|---|
| Amended Charge | | | |

**DEFENDANT'S COPY**

NJ/CDR2 1/1/2017

# COMPLAINT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| **0434** | | **2026** | **000238** | SERGEY   STANILOVSKIY |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

| Original Charge | 10) **2C:12-10B** | | |
|---|---|---|---|
| Amended Charge | | | |

**DEFENDANT'S COPY**

NJ/CDR2 1/1/2017

# COMMITMENT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| **0434** | **2026** | **000238** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

### THE STATE OF NEW JERSEY
### VS.

2400 VOORHEES TOWN C
VOORHEES          NJ  08043-0000
856-429-0770   COUNTY OF: **CAMDEN**

| # of CHARGES 10 | CO-DEFTS | POLICE CASE #: |
|---|---|---|

COMPLAINANT   DET.     J MINNITI
NAME:        200 FEDERAL STREET

CAMDEN          NJ   08103

**ADDRESS** ███████████

**DEFENDANT INFORMATION**
SEX:  **M**  EYE COLOR:          DOB: ████████
DRIVER'S LIC. #.                            DL STATE:
SOCIAL SECURITY #:          SBI #:
TELEPHONE #:          ( )
LIVESCAN PCN #:

**To any Law Enforcement Official of New Jersey, You are commanded to transport this defendant to the Warden of this county who is required to keep the defendant in custody until a release or detention decision is made.**

| | Offense | Aux Offense | Drug Code | Degree | Offense Description |
|---|---|---|---|---|---|
| 1. | _____ | _____ | _____ | ____ | _____ |
| 2. | _____ | _____ | _____ | ____ | _____ |
| 3. | _____ | _____ | _____ | ____ | _____ |
| 4. | _____ | _____ | _____ | ____ | _____ |

Commitment Reason:

You will be notified of your                date to be held at the                in the county of  **CAMDEN**
at the following address:
**6 EXECUTIVE CAMPUS**                **4TH FLOOR COURT ROOM**                **CHERRY HILL**

Date of Arrest:                                    Phone:  **856-379-2203**

_____        _____
Signature and Title of Judicial Officer Issuing Warrant                Date

## COMMITMENT

**Page 13 of 16**          NJ/CDR2 1/1/2017

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| **0434** | | | **000238** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

*THE STATE OF NEW JERSEY*

*VS.*

**2400 VOORHEES TOWN C**
**VOORHEES**      NJ   08043-0000
                    COUNTY OF:  **CAMDEN**

ADDRESS ██████████

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 10 | | |

COMPLAINANT   DET.      J MINNITI
NAME:      200 FEDERAL STREET

                    NJ    08103

**DEFENDANT INFORMATION**
SEX:  **M**  EYE COLOR:         DOB: ████████
DRIVER'S LIC. #.                          DL STATE:
SOCIAL SECURITY #:        SBI #:
TELEPHONE #:              ( )
LIVESCAN PCN #:

Purpose: This Affidavit/Certification is to more fully describe the facts of the alleged offense so that a judge or authorized judicial officer may determine probable cause.

1. Description of relevant facts and circumstances which support probable cause that (1) the offense(s) was committed <u>and</u> (2) the defendant is the one who committed it:

**Affidavit of Probable Cause**

**Page 14 of 16**                                  1/1/2017

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| **0434** | | **2026** | **000238** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

**THE STATE OF NEW JERSEY**
VS.
SERGEY  STANILOVSKIY

2. I am aware of the facts above because: (Included, but not limited to: your observations, statements of eyewitnesses, defendant's admission, etc.)

**Reports and statements.**

3. If victim was injured, provide the extent of the injury:

**N/A.**

Certification:

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: __DET. J MINNITI LAW ENFORCEMENT OFFICER__     Date: _____06/05/2026_____

| | Affidavit of Probable Cause |
|---|---|
| | **Page 15 of 16**     1/1/2017 |

# Preliminary Law Enforcement Incident Report

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| **0434** | | | **000238** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

*THE STATE OF NEW JERSEY*
*VS.*

2400 VOORHEES TOWN C
VOORHEES          NJ   08043-0000
COUNTY OF:   CAMDEN

**ADDRESS** ███████████

███████████          ██ ████████

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 10 | | |

COMPLAINANT NAME: DET.      J MINNITI
200 FEDERAL STREET

CAMDEN          NJ   08103

**DEFENDANT INFORMATION**
SEX:  **M**   EYE COLOR:          DOB: ███████
DRIVER'S LIC. #.                    DL STATE:
SOCIAL SECURITY #:          SBI #:
TELEPHONE #:          (   )
LIVESCAN PCN #:

Purpose: The Preliminary Law Enforcement Incident Report (PLEIR) is intended to document basic information known to the officer at the time of its preparation.  It is recognized that additional relevant information will emerge as an investigation continues.  The PLEIR shall be in addition to, not in lieu of, any regular police arrest, incident, or investigation reports. Note that the PLEIR is specific to each defendant charged in an investigation.

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: _____          Date: ___06/05/2026___

| | **Preliminary Law Enforcement Incident Report** |
|---|---|
| | **Page 16 of 16**          7/20/2018 |